JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
ANDOLYN JOHNSON
Nevada Bar No. 14723
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Andolyn.Johnson@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>SHANA LEE RUBIN,<br><br>           Defendant. | Case No. 3:22-cr-00012-MMD-CSD<br><br>**MOTION TO DISMISS AND [PROPOSED] ORDER** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby moves to dismiss the indictment filed on February 17, 2022 [ECF No. 1], against Shana Lee Rubin, defendant herein.

DATED: May 24, 2023

Respectfully Submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Andolyn Johnson*
ANDOLYN JOHNSON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANA LEE RUBIN,<br><br>Defendant. | Case No. 3:22-cr-00012-MMD-CSD<br><br><br>**ORDER** |

Leave of Court is granted for the filing of the foregoing motion to dismiss pursuant to Fed. R. Crim. P. 48(a); and

IT IS THEREFORE ORDERED that the indictment against Shana Lee Rubin is hereby DISMISSED.

Dated this 24th day of May, 2023.

_____
HON. MIRANDA M. DU, CHIEF JUDGE
UNITED STATES DISTRICT COURT